IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05CR65-A |
| | ) | [WO] |
| JACOB A. MELTON | ) | |

**ORDER ON MOTION**

On 23 June 2005, the defendant filed a Motion To Alter Conditions On Bond (Doc. # 25). The defendant seeks release from 24-hour supervision, and neither his supervising probation officer nor the government objects to the court's grant of his request.

Accordingly, it is

ORDERED that the motion is GRANTED. Effective at 12:00 midnight on Friday, 24 June 2005, the defendant shall be released from 24-hour supervision.

DONE this 24th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE